## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
: s.s.:
COUNTY OF NEW YORK   )

Camille Edwards, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Wappingers Falls, New York.

That on the 27th day of August, 2008, deponent served the within NOTICE OF REMOVAL upon:

LAW OFFICES OF ANDREW SPINNELL, LLC
Attorneys for Plaintiff
286 Madison Avenue, 21st Floor
New York, New York 10017

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*Camille Edwards*
CAMILLE EDWARDS

Sworn to before me this
27th day of August 2008

KENNETH PLATZER
Notary Public, State of New York
No. 9822587
Qualified in New York County
Commission Expires August 31, 2010